UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| THOMAS MAYER., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:04CV655 HEA |
| CITY OF ST. CHARLES, MISSOURI et al., | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendant Valenti's Motion to Clarify the Court's Order of December 16, 2005. Plaintiff has responded to this Motion. In his response, plaintiff himself clarifies the dismissal in advising the Court and defendants that his intent was to dismiss defendant Valenti entirely. Having so clarified the record, the Motion is now moot.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion to Clarify, [Doc. # 176], is denied as moot.

Dated this 29th Day of December, 2005.

_____
HENRY EDWARD AUTREY

UNITED STATES DISTRICT JUDGE