IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS MAYER ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause Number:  4:04CV00655HEA |
| vs. ) | |
| ) | |
| CITY OF ST. CHARLES, MISSOURI, et al ) | |
| ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS

COMES NOW Plaintiff, by and through counsel, and hereby files his motion for dismissal of all claims asserted by him against Defendants.  Each party will bear their own costs.

WHEREFORE Plaintiff requests that this Court dismiss Plaintiff's causes of action filed in this case with prejudice and for such further relief as this Court deems just and proper.

So Ordered:

_____
JUDGE

                              THE KLOEPPEL LAW FIRM &
                              LAW OFFICES OF KEVIN J. DOLLEY, LLC

By:    GREGORY KLOEPPEL    s/s
        GREGORY KLOEPPEL, MBE #47909
        KEVIN J. DOLLEY, MBE #54132
        Attorneys for Plaintiff
        9620 Lackland Road
        St. Louis, MO 63114
        Phone: (314) 423-8003
        Fax:   (314) 423-8054

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed March 10, 2006 electronically with the Clerk of the Court to be served by operation of the court's electronic filing system upon the following: C. John Pleban, Michael J. Schaller, PLEBAN & ASSOCIATES, LLC, 2010 S. Big Bend Blvd. St. Louis, MO 63117, John S. McCollough, Paul Simon, Jr., HELFREY, SIMON & JONES, P.C., 120 South Central Ave., Suite 1500, St. Louis, MO 63105.

                              GREGORY KLOEPPEL    s/s